Robert G. MUNDELL, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 648, 2015

Supreme Court of Delaware.

Submitted: May 4, 2016

Decided: May 6, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1308026413

AFFIRMED.

Caroline SUDLER, Appellee Below, Appellant,

v.

BANK OF AMERICA, Appellant Below, Appellee.

No. 674, 2015

Supreme Court of Delaware.

Submitted: May 4, 2016

Decided: May 6, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. N15A-02-003

AFFIRMED.

Mark P. FRANK, Petitioner Below, Appellant/Cross-Appellee,

v.

Baylee SMART (Frank), Respondent Below, Appellee/Cross-Appellant.

No. 544, 2015

Supreme Court of Delaware.

Submitted: May 4, 2016

Decided: May 9, 2016

Court Below—Family Court of the State of Delaware, Petition No.: 14–06680, File No.: CN14–01982

AFFIRMED.

John E. MILLER, Plaintiff Below–Appellant,

v.

Brian REYNOLDS, Bruce Burton, Perry Phelps, Defendants Below–Appellees.

No. 633, 2015

Supreme Court of Delaware.

Submitted: March 4, 2016

Decided: May 9, 2016

Reargument Denied May 23, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. N14C-06-083

AFFIRMED.